UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| HUBBELL INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____-VLB |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LEVITON MANUFACTURING CO., INC., | ) | |
| | ) | Dated: May 3, 2013 |
| Defendant. | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Hubbell Incorporated, by this Complaint against Defendant, Leviton Manufacturing Co., Inc., alleges and states:

## PARTIES

1.      Plaintiff, Hubbell Incorporated ("Hubbell"), is a corporation organized and existing under the laws of the State of Connecticut, having a place of business at 40 Waterview Drive, Shelton, Connecticut 06484.

2.      Upon information and belief, defendant, Leviton Manufacturing Co., Inc. ("Leviton"), is a corporation organized and existing under the laws of the State of Delaware, having a place of business at 201 North Service Road, Melville, New York 11747.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.  Subject matter jurisdiction is conferred pursuant to 28 U.S.C. §1338(a).

4.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and §1400(b) because Leviton resides in, does business in, is subject to personal jurisdiction in and, upon information and belief, has committed acts of patent infringement in this Judicial District.

## NATURE OF CASE

5.      This action involves Hubbell's charge that Leviton infringes Hubbell's U.S. Patent No. 6,466,826.

## CLAIM FOR PATENT
## INFRINGEMENT OF U.S. PATENT NO. 6,466,826

11.      Hubbell is the sole owner by assignment of all right, title and interest in United States Letters Patent No. 6,466,826, entitled "Apparatus and Method for Providing Bypass Functions for a Motion Sensor Switch", and duly and legally issued on October 15, 2002 (hereinafter "the '826 Patent").  Hubbell has been the owner of the '826 Patent at all times since it issued.  A copy of the '826 Patent is attached hereto as Exhibit A.

12.      On information and belief, Leviton makes, uses, imports, offers for sale and/or sells products providing bypass functions for motion sensor switches (hereinafter "the Leviton Sensor Switch Controllers") covered by the claims of the

'826 Patent without Hubbell's authority. The Leviton Sensor Switch Controllers include, but are not limited to, those identified by Leviton catalog numbers IPSD6, IPS05, and IPS15. Leviton at least offers for sale and sells the Leviton Sensor Switch Controllers in this Judicial District and throughout the United States. Copies of the product specifications brochure and installation instructions for the Leviton Sensor Switch Controllers for those catalog numbers are attached hereto as Exhibits B, C, D and E.

13. The making, using, importing, offering for sale and/or selling of the Leviton Sensor Switch Controllers in this Judicial District and elsewhere in the United States without Hubbell's authority constitutes direct infringement, contributory infringement and/or active inducement to infringe the '826 Patent under 35 U.S.C. §271.

14. Leviton's infringement of the '826 Patent has been and is in violation of Hubbell's patent rights, and it is believed that Leviton will continue to infringe Hubbell's patent rights unless enjoined by this Court.

15. As a result of Leviton's infringement of the '826 Patent, Hubbell has been damaged by loss of sales of its products covered by the '826 Patent, loss of profits and/or loss of royalties, or in other respects, and will continue to be damaged in an amount yet to be determined. Hubbell has suffered and will continue to suffer irreparable injury unless the infringing activities of Leviton are enjoined.

## REQUEST FOR RELIEF

16.    WHEREFORE, Plaintiff Hubbell requests the following relief:

A.    Judgment for Hubbell on its causes of action for patent infringement under 35 U.S.C. §271 against Leviton, holding the '826 Patent valid and infringed by Leviton.

B.    Preliminary and permanent injunction enjoining Leviton, its officers, directors, agents, servants, attorneys and employees and all those in active concert or participation with them who receive actual notice of the judgment by personal service or otherwise, from making, using, importing, offering for sale, and selling in the United States any product embodying the inventions of the '826 Patent, and from any further acts of direct infringement, contributory infringement and inducement of infringement of the '826 Patent.

C.    An accounting for and an award of compensatory and punitive damages, including, but not limited to loss of profits and/or royalties, to Hubbell by reason of the wrongs committed by Leviton.

D.    An award of interest, including pre- and post-judgment interest, and costs of this action pursuant to 35 U.S.C. §284, together with Hubbell's attorneys' fees pursuant to 35 U.S.C. §285.

E.    Such other and further relief as this Court deems just and proper.

## G. JURY DEMAND

17.    Hubbell requests a jury trial on all issues so triable.

Respectfully submitted,

HUBBELL INCORPORATED


Dated: May 3, 2013

/s/ Robert J. Cooney
Robert J. Cooney (email: rcooney@mdmc-law.com)
Fed. Bar No. ct04216
H. James Pickerstein (email: hpickerstein@mdmc-law.com)
Fed. Bar No. ct05094
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
30 Jelliff Lane
Southport, CT 06890-1436
Tel. (203) 319-4012
Fax: (203) 319-4034


Dated: May 3, 2013

/s/ William E. Bradley
William E. Bradley (e-mail: wbradley@roylance.com)
Fed. Bar No. phv05439
Alfred N. Goodman (email: agoodman@roylance.com)
Fed. Bar No. phv03025
ROYLANCE, ABRAMS, BERDO & GOODMAN, L.L.P.
1300 19th Street, N.W., Suite 600
Washington, DC 20036-1649
Tel: (202) 659-9076
Fax: (202) 659-9344

Attorneys for Plaintiff Hubbell Incorporated

KLW/34446/2/1146507v1
05/03/13-HRT/KLW